ACCEPTED
12-14-00144-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/4/2015 8:20:58 AM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-16 )9 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/4/2015 8:20:58 AM
CATHY S. LUSK
Clerk

March 3, 2015

**LEGAL CORRESPONDENCE**
Erik DeWayne Drayton, TDCJ#01927832
Gib Lewis Unit
777 FM 3497
Woodville, Texas 75990

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7014 0150 0001 1143 66978

Re: Appeal Court Cause No. 12-14-00144-CR; Erik DeWayne Drayton vs. The State of Texas
Trial Court Cause No. 2013-0725; The State of Texas vs. Erik DeWayne Drayton

Dear Mr. Drayton:

Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas concerning their opinion on your appeal. Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. The Appeal Court in Tyler affirmed or "let stand" the ruling of the trial court. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with the Texas Court of Criminal Ap eals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.



I appreciate the opportunity to have represented you. I am sorry the 12th Court of Appeals determined to "let stand" your conviction and sentence. The decision of the 12th Court of Appeals will become final 30 days from the date of the opinion if you do not file a Motion for Rehearing or a PDR as described previously. Again, I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me.

Sincerely,

John D. Reeves

JDR/jsa
enc

cc: Cathy S. Lusk, Clerk
Twelfth Court of Appeals
Tyler, Texas
Via electronic filing

FILE COPY

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WOODVILLE TX 75990

| | | |
|---|---|---|
| Postage | $ 40.70 | 0902 |
| Certified Fee | $3.30 | 07 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.70 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 46.70 | 03/03/2015 |

Sent To
Erik DeWayne Drayton. TDCJ# 01927832
Street, Apt. No.;
or PO Box No. Gib Lewis Unit, 777 FM 3497
City, State, ZIP+4
Woodville, TX 75990

PS Form 3800, August 2006          See Reverse for Instructions

---

LUFKIN DOWNTOWN STA
LUFKIN, Texas
759029913
4822710902-0098
03/03/2015 (936)634-2623 02:57:17 PM

========== Sales Receipt ==========

| Product Description | Sale Unit Qty Price | Final Price |
|---|---|---|
| LUFKIN TX 75904 Zone-1 First-Class Mail Large Env 4.80 oz. Expected Delivery: Thu 03/05/15 | | $1.82 |
| Issue Postage: | | $1.82 |
| WOODVILLE TX 75990 Zone-1 First-Class Mail Letter 1.80 oz. Expected Delivery: Thu 03/05/15 | | $0.70 |
| Return Rcpt (Green Card) | | $2.70 |
| @@ Certified | | $3.30 |
| USPS Certified Mail #: 70140150000111436978 | | |
| Issue Postage: | | $6.70 |
| 70c Great Spangled Fritillary (Butterfly) PSA | 1  $0.70 | $0.70 |
| (Forever) | 1  $9.80 | $9.80 |
| Star-Spangled Banner PSA BKLT/20 | | |
| (Forever) | 1  $9.80 | $9.80 |
| Star-Spangled Banner PSA BKLT/20 | | |
| (Forever) | 1  $9.80 | $9.80 |
| Star-Spangled Banner PSA BKLT/20 | | |
| Total: | | $38.62 |

Paid by:
Cash                          $40.00
Change Due:                   -$1.38

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.